Leon Greenberg, Bar No. 8094
Dana Sniegocki, Bar No. 11715
Leon Greenberg Professional Corporation
2965 South Jones Boulevard #E-4
Las Vegas, NV 89146
Tel: (702) 383-6085
Fax: (702) 385-1827
leongreenberg@overtimelaw.com
dana@overtimelaw.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN GONZALEZ,<br><br>         Plaintiffs,<br><br>    vs.<br><br>DOUGLAS D. GERRARD, DELORES ELIADES, and ARISTOTELIS ELIADES,<br><br>         Defendants. | CASE NO. 2:15-cv-2138-APG-GWF<br><br>**STIPULATION AND ORDER** |

Plaintiff and Defendants ("the parties"), by and through their attorneys of record, hereby stipulate and agree that plaintiff will be granted a three (3) week extension to submit a response in opposition to defendant, Douglas D. Gerrard's, Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. No. 7). Such motion was filed on December 3, 2015, and a response in opposition to such motion by plaintiff is currently set to be filed and served on December 21, 2015.

Pursuant to the above agreed upon extension, plaintiff will file and serve a response in opposition on or before January 11, 2016.

1

The above extension is requested in good faith and not for the purpose of delay.

IT IS SO STIPULATED.

Dated this 21st day of December, 2015            Dated this 21st day of December, 2015

 /s/ *Leon Greenberg*                                             /s/ *Douglas D. Gerrard*
LEON GREENBERG, ESQ.                             DOUGLAS D. GERRARD, ESQ.
Nevada State Bar No. 8094                            Nevada Bar No. 4613
LEON GREENBERG PROFESSIONAL          GERRARD COX & LARSEN
CORPORATION                                              2450 Saint Rose Parkway, Suite 200
2965 South Jones Boulevard                           Henderson, Nevada 89074
Suite E-3                                                           702.796-4000
Las Vegas, NV 89146                                     Attorney for Defendants
(702) 383-6085
Attorney for Plaintiff

## ORDER

IT IS SO ORDERED this  21st  day of        December        , 2016.

_____
UNITED STATES DISTRICT JUDGE

2