Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
Nathan R. Henderson, Esq.
Nevada Bar No. 13145
GERRARD COX & LARSEN
2450 Saint Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000
*Attorneys for Defendant,*
*DOUGLAS D. GERRARD, ESQ.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN GONZALEZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS D. GERRARD, an individual; DELORES ELIADES, an individual; and ARISTOTELIS ELIADES,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02138-APG-GWF |

## STIPULATION AND ORDER TO DISMISS, WITH PREJUDICE

COMES NOW, Defendant, DOUGLAS D. GERRARD, ESQ., by and through his attorneys of record, GERRARD, COX & LARSEN, Defendant, DOLORES ELIADES, by and through her attorney of record, LISA RASMUSSEN, Defendant, ARISTOTELIS ELIADES, by and through his attorney of record, SOLOMON, DWIGGINS & FREER and Plaintiff, BRYAN GONZALEZ, by and through his attorney of record, LEON GREENBERG, ESQ.;and hereby stipulate and agree that all petitions and claims by and against all parties hereto and the immediate lawsuit shall be dismissed, with prejudice, each party to bear their own fees and costs except as otherwise provided by the parties' settlement agreement with the Court retaining jurisdiction to enforce the terms of that agreement.

///

///

///

///

This Stipulation and Order is entered into by the parties as affirmed below.

Dated this 11th day of January, 2016.

| GERRARD COX LARSEN | LEON GREENBERG, PROF. CORP. |
|---|---|
| /s/ Nathan R. Henderson, Esq.<br>Douglas D. Gerrard, Esq.<br>Nevada Bar No. 4613<br>Nathan R. Henderson, Esq.<br>Nevada Bar No. 13145<br>2450 St. Rose Parkway, Suite 200<br>Henderson, Nevada 89074<br>*Attorneys for Defendant,*<br>*DOUGLAS D. GERRARD, ESQ.* | /s/ Leon Greenberg, Esq.<br>Leon Greenberg, Esq.<br>Nevada Bar No. 8094<br>2965 S. Jones Boulevard # E4<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff,*<br>*BRYAN GONZALEZ* |
| **SOLOMON, DWIGGINS & FREER** | **LAW OFFICE OF LISA RASMUSSEN** |
| /s/ Dana Dwiggins, Esq.<br>Dana Dwiggins, Esq.<br>Nevada Bar No. 7049<br>9060 West Cheyenne Ave.<br>Las Vegas, Nevada 89129<br>*Attorneys for Defendant,*<br>*ARISTOTELIS ELIADES* | /s/ Lisa Rasmussen, Esq.<br>Lisa Rasmussen, Esq.<br>Nevada Bar No. 7491<br>601 S. Tenth St., Ste. # 100<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant,*<br>*DOLORES ELIADES* |

## ORDER

IT IS HEREBY ORDERED that all petitions and claims by and against all parties hereto and the lawsuit shall be DISMISSED, with prejudice, each party to bear its own fees and costs, except as otherwise provided by the parties' settlement agreement.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

IT IS FURTHER ORDERED that there being no further petitioners or claims, this case is and shall be CLOSED.

Dated: January 11, 2016.

_____
UNITED STATES DISTRICT JUDGE

2